**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BUG ART LIMITED, | |
| Plaintiff, | Case No.: 1:24-cv-07736 |
| v. | Judge John F. Kness |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 24 | Faretumiya Store |
| 163 | XEDZYT Clothing |
| 35 | Cdiecer |
| 63 | Bokeley |
| 97 | Linashi |
| 186 | Kiplyki |
| 184 | Kids And Adult Clothing |
| 121 | lookenia |
| 139 | TEMMIX-US |
| 96 | ZBYY（Clearance） |
| 137 | Purple coral |
| 86 | Cybiufam-US |
| 180 | Qzmay store |
| 134 | *Clearance Sale Save 80%-10% * GOPEO-US |
| 41 | JIMUKEJI |
| 124 | Vohawsa |
| 65 | Wocachi (7 ~ 14 days delivery) |
| 109 | WRYTmdfk |
| 144 | uiyhsds |
| 56 | Lightning Deals of Today kilkfuczu |

| | |
|---|---|
| 99 | Buy2 Get 1 Free--Apparel |
| 103 | XUAJEIW |
| 147 | KOKOBF |
| 2 | Mensch ✈5-15 Days Delivery✈ |
| 39 | BCZHQQ Women Clothing |
| 53 | Youshengs |
| 76 | LINGDANG |
| 104 | AMIMOJY |
| 105 | Potrochi Prime Day Deals Today 2024 |
| 106 | Lykmera |
| 108 | gossip lady fashion |
| 112 | WUAI Warehouse Clearance |
| 125 | Uillui Trendy Clothing |

DATED: February 6, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 6, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                  */s/ Keith A. Vogt*
                                                  Keith A. Vogt